**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ARKEL GARCIA** : | |
| : | |
| v. : | **CIVIL ACTION NO. 21-2884** |
| : | |
| **DETECTIVE PHILIP NORDO, et al.** : | |
| : | |

**ORDER**

This 24th day of October, 2022, it is hereby **ORDERED** that Plaintiff's Motion for Declaratory Judgment, ECF 29, is **DENIED**.

    /s/ Gerald Austin McHugh
United States District Judge