**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Sherman McCoy, | |
| *Plaintiff,* | CIVIL ACTION NO. 21-1458 |
| v. | Lead Case |
| City of Philadelphia, et al., | |
| *Defendants.* | |
| Jamaal Simmons, | |
| *Plaintiff,* | CIVIL ACTION NO. 19-1648 |
| v. | |
| City of Philadelphia, et al., | |
| *Defendants.* | |
| James Frazier, | |
| *Plaintiff,* | CIVIL ACTION NO. 19-1692 |
| v. | |
| City of Philadelphia, et al., | |
| *Defendants.* | |
| Arkel Garcia, | |
| *Plaintiff,* | CIVIL ACTION NO. 21-2884 |
| v. | |
| City of Philadelphia, et al., | |
| *Defendants.* | |

Marvin Hill,

    *Plaintiff,*

  v.

City of Philadelphia, et al.,

    *Defendants.*

CIVIL ACTION
NO. 23-1002

Rafiq Dixon,

    *Plaintiff,*

  v.

City of Philadelphia, et al.,

    *Defendants.*

CIVIL ACTION
NO. 23-1650

Dwayne Handy,

    *Plaintiff,*

  v.

City of Philadelphia, et al.,

    *Defendants.*

CIVIL ACTION
NO. 24-1905

Curtis Kingwood,

    *Plaintiff,*

  v.

City of Philadelphia, et al.,

    *Defendants.*

CIVIL ACTION
NO. 24-4681

Ronald Thomas,

     *Plaintiff,*

  v.

City of Philadelphia, et al.,

     *Defendants.*

CIVIL ACTION
NO. 24-4914

Donta Regusters,

     *Plaintiff,*

  v.

City of Philadelphia, et al.,

     *Defendants.*

CIVIL ACTION
NO. 25-865

Corey Gibbs,

     *Plaintiff,*

  v.

City of Philadelphia, et al.,

     *Defendants.*

CIVIL ACTION
NO. 25-2810

Neftali Velazquez,

     *Plaintiff,*

  v.

City of Philadelphia, et al.,

     *Defendants.*

CIVIL ACTION
NO. 25-3720

## <u>ORDER</u>

**AND NOW**, this 25th day of June, 2026, upon consideration of the plaintiffs'

Motion for Reconsideration (Dkt. No. 183), the City's response (Dkt. No. 185), the

plaintiffs' reply (Dkt. No. 188) and the plaintiffs' post-briefing submission (Dkt.

No. 192), it is **ORDERED** the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.